Kevin B Prasad
#1222492
1300 Maple St
Redwood City, CA 94063

FILED
MAY 11 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kevin B Prasad,
Plaintiff,
v
San Mateo County,
et. al.,
Defendants

DECLARATION OF DASHAWN LUCAS

Civil Action No.
5:22-cv-01346-NC

Dashawn Lucas hereby declares:

I have been incarcerated at Maple Street Correctional Center since March 2022. Since April 2022 I have been housed in 2-Valley. I have been incarcerated here in San Mateo County many times before in January 2021 through July 2021 before San Mateo County Sheriffs Office enacted their new mail policy.

Since April 26 2021, SMCSO has enforced the policy wherein inmates could no longer receive physical mail violating Title XV § 1063a and Prison Legal News,

a Project of the Human Rights Defense Center (PLN) v County of Ventura Case No 2:14-cv-00773-GHK-Ex. There are other cases that San Mateo County Sheriffs Office is violating. Persons wishing to communicate with inmates via mail must send the mail to Smart Jail Communications so that Smart Jail Communications staff, not SMCSO staff, can open mail not intended for them. Smart Jail Communications staff then scan the mail and put it on the inmate Smart Jail Communications account. Then Smart Jail Communications staff destroy the original mail violating 18 USCS § 1702.

In PLN supra, the judge ordered that "defendants SHALL NOT refuse to deliver Correspondence..." SMCSO staff enforcing the policy where mail will not be delivered to inmates is in clear violation of the decision above. This decision was made in the Central District of California. Generally decisions made by courts around the country are honored by SMCSO Staff.

When SMCSO was allowing inmates mail, they would deny mail with lyrics printed from the internet. In PLN supra. "Defendants SHALL NOT refuse to deliver correspondence to inmates at the Jail on the basis that the materials were Xeroxed, photocopied or printed from the internet." Since these music lyrics are available

and printed from the internet, this policy is also violating PLN Supra. SMCSO cites peneological interest when denying mail like this. This is a catchall as most lyrics are not enticing violence upon Law Enforcement, or the community. Blanket reasoning like this is violating PLN Supra. PLN Supra does give discretion, which is not used by SMCSO staff, to determine if the lyrics in question does entice violence on a case-by-case basis.

PLN Supra gets rid of the postcard rule, where the inmates cannot receive mail because that mail is not on a postcard. SMCSO has not enacted such a policy, yet.

SMCSO staff is enforcing a policy where inmates can no longer receive books from bookstores and publishers like Amazon, and Barnes & Noble. SMCSO has an accepted publishers list. Books and Magazines can only come from publishers like: Penguin Random House, Scholastic, Bloomsbury, Workman Publishing, Harper Collins Publishers, Stormbird Press, The Key Publishing House Inc, Wm. B. Eerdmans Publishing Co., Shambhala Publishing, and John Hunt Publishing. These publishers do not sell magazines which is in violation of California Penal Code § 2600(4) "Prisoners have the right to receive books, magazines and periodicals," which in turn is also a violation of my 14th Amendment Equal Protection Rights. Such a policy of allowing only

books from approved publishers list is also a violation of PLN Supra and the practice of the "Publishers Only Rule" which is accepted practice across the country. SMCSOs policy of having a list of accepted publishers chips away and disrespects the "Publishers Only Rule."

SMCSO staff say that some books, magazines, and periodicals bought through Amazon, and Barnes & Noble are purchased illegally and that is why such a policy is required. What is stopping books from being purchased illegally from the accepted Publishers? Such a policy is highly discriminative. All publishers have ways to protect themselves. If SMCSO would like to protect business, they must protect all businesses, and SMCSO does not have have the capability to do so. Since SMCSO does not have that capability SMCSO should not protect some business while leaving other businesses unprotected.

SMCSO also continues to violate PLN Supra by refusing to allow some publications due to their sexually "suggestive" or provacative content "... Defendants SHALL NOT refuse to deliver copies of Publications from Plaintiff or other publishers on account of sexually "suggestive" content unless the publication contains images of fully exposed genitalia, buttocks or female breasts and/or graphic depictions of sexual acts." PLN Supra. As a result of SMCSOs policies, certain publications are allowed while others are not even though both publications contain

Sexually "suggestive" or provacative images. Publications such as US Weekly, Cosmopolitan, People, Sports Illustrated, and etc. are allowed while publications such as Buttz, Straight Stuntin', Spicy, Kreem, and etc. are not allowed even though both sets of publications contain sexually "suggestive" or provacative images. The SMCSO uses this policy to discriminate based on the race of the publications owner.

Publications such as Buttz, Straight Stuntin', Spicy, Kreem, and etc. are all minority owned publications and are not allowed. Publications such as US Weekly, Cosmopolitan, People, Sports Illustrated and etc. are all Caucasian owned publications and are allowed. According to PLN Supra, publications such as Buttz, Straight Stuntin', Spicy, Kreem, and etc. are all in compliance. The Supreme Court of the United States has even stated that pornography is not within the realm of the First Amendment. Those minority Owned publications are well within the realm of the First Amendment.

When members of the public wish to send pictures through the mail, they cannot. This is also a violation of PLN Supra. The permanent injunction clearly states that photographs are allowed through the mail. Members of the public must use "Free Prints" or "Peli post" picture service. SMCSO will deny those pictures if any of the pictures contain sexually "suggestive" or provacative pictures. Both of these policies are violating PLN Supra. "Publications, photographs, postcards, and letters

Cannot show images, drawings, art work or photographs of fully exposed genitalia, buttocks or female breasts, and/or graphic depictions of sexual acts" (PLN supra).

SMCSO also does not allow me to buy or obtain an eraser nor a pen. Courts require inmates to use pens. Certain institutions require inmates to use pens. In other County jails inside of this District, inmates are able to obtain flexi-pens. In those other counties, inmates are allowed to obtain erasers. "Each inmate is allowed, on a weekly basis, to order a welfare kit, including one postage-paid postcard, one postage-paid envelope, two sheets of paper, one pencil, and one eraser." (PLN supra)

SMCSO runs two jail facilities, McGuire Correctional Facility (MCF) and Maple Street Correctional Center (MSCC). In each housing unit in MCF there are 20 Smart Jail Communications tablets for up to 96 inmates. In MSCC, each housing unit has 10 Smart Jail Communications tablets for up to 64 inmates. Rule #55 of the SMCSO Inmate Rules, Regulations & General Information states that "Inmates shall not bring the tablets inside of any cell or shower stalls." When I used to receive mail, I could access my mail at anytime and virtually anywhere, including my cell. With the mail going to Smart Jail Communications tablets, the only time I have access to my mail is only when I am allowed recreation. "There is no limit to the amount of mail an inmate may receive. If the amount of mail in an inmate's cell is excessive and poses a fire hazard, it may be placed into the inmate's property or mailed out at the inmates expense." (PLN supra). Also, when I am placed on lock down, with physical mail, I can read and re-read my mail

while locked in my tank. Because of Rule #55 I cannot do so since my mail is on my tablet account and the tablet is not allowed in my tank.

SMCSOs policies are in violation of my First and Fourteenth Amendment Rights and the First Amendment Rights of anyone else wishing to communicate with me through the mail, while I am in custody. "A government regulation is sufficiently justified if it is within the Constitutional Power of the Government; if it furthers an important or substantial governmental interest; if the governmental interest is unrelated to the incidential restriction on alleged First Amendment freedoms is no greater than is essential to the furtherence of that interest." (United States v O'Brian, 391 U.S at 377 (1968) "the interest of prisoners and their corresponedents in uncensored communication by letter, grounded as it is in the First Amendment is plainly a "liberty" interest within the meaning of the Fourteenth Amendment even though qualified necessity by the circumstances of imprisonment. As such, it is protected from arbitrary governmental invasion." (Procunier v Martinez 416 U.S. 94 S. Ct 1800 40 L.Ed. 2d 224 (1974); Board of Reagents v Roth, 408 U.S. 564 (1972); Perry v Sindermann, 408 U.S. 593 (1972)). "Indeed, every effort should be made to preserve those conditions which foster human dignity. See Bonner v Coughlin, 517 F.2d 1311 (7th Cir 1975). "Administrative inconvenience can never excuse the deprivation of the Constitutional rights of pretrial detainees." Cf [Estelle v Williams, 425 U.S. 501, 505 48 L.Ed. 2d 126, 96 S. Ct. 1691 (1976)

In fact Wolfish v Levi 573 F.2d 118 (2 Cir 1978); Procunier v Martinez, 416 U.S. 396, 40 L.Ed. 2d 224, 94 S.Ct 1800 (1974); Sostre v McGinnis, 442 F.2d 178, 199 (2d Cir 1971) (En banc), Cert. denied Sub nom. Oswald v Sostre, 405 U.S. 978, 31 L. Ed. 2d 254, 92 S.Ct. 1190 (1972) and more cases across the Country are all saying that what SMCSO is doing is in violation of My, and those members of the public who wish to communicate with me, First and Fourteenth Amendment Rights

I declare under penalty of perjury that the foregoing is true and correct. Executed at Redwood City, CA on May 8, 2022.

1300 Maple St
Redwood City, CA 94063

INMATE WELFARE

US POSTAGE

ZIP 94063
041L12203324

Office of the Clerk
U.S. District Court
Northern District of California
450 Golden Gate Ave
San Francisco, CA 94102

RECEIVED

MAY 12 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Confidential
Privileged

94102334 C004