To: Office of the Court, U.S. District Court Northern District of California, Mark B. Busby

From: Kevin Prasad #1222492

Date: 14 June 2022

Re: Case No. 4:22-cv-01346-JST

A copy of the Order of Dismissal with Leave to Amend has not reached me. I do not understand why this is so. I am humbly requesting that a copy be re-sent to me so that I may be able to address any deficiencies, and also any deadline be extended so that I may have proper amount of time to address these deficiencies. It is likely that due to there being the Coronavirus outbreak, that SMCSO may have misplaced Mail. I also did not receive a copy of The Order Reassigning Case, and Order Granting Motion for Leave to Proceed in forma pauperis.

The only way I was able to find out about that this case had these Orders was because of the letter filed and the response from that letter.

Thank you for your time.

K—B Prd #1222492

FILED
JUN 16 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA