To: Mark B. Busby Court Clerk United States District Court Northern District of California

From: Kevin Prasad #1222492

Date: 22 August 2022

**FILED**

**AUG 24 2022**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Subject: Case No. 4:22-cv-01346-JST
Request for update

Can you please give me an updated Civil Docket for the case number listed above. I would like to know the status of this case so that I may be allowed to complete any documents within the deadline.

Thank you for your time. I apologize for any inconvenience this may cause you.

Kevin B Prasad

#1222492



Kevin Prescod #1222492
1300 Maple St
Redwood City, CA 94063

**RECEIVED**
AUG 2 4 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Confidential

Office of the Clerk
US District Court
Northern District of California

450 Golden Gate Ave
San Francisco, CA 94102

