To: Office of the Clerk Northern District of California

From: Kevin Prasad #1222492

Date: 5 January 2023

Subject: Case No. 4:22-cv-01346-JST

In Mid-November 2022, I was diagnosed with Shingles and hospitalized. San Mateo County Sheriffs Office (SMCSO) has misplaced my personal belongings during my hospitalization, and cannot locate my personal belongings. My personal belongings contained my personal copies of the Amended Complaint in the action referred to above.

I am requesting a copy of the Amended Complaint and the Docket Sheet which informs me what documents have been submitted in this action.

I am sorry for any inconvenience this may cause. Thank you for your time.

Kevin B Prasad

#1222492

Kevin Prasad #1222492
1300 Maple St
Redwood City, CA 94063

Legal Confidential Privileged

Office of the Clerk
United States District Court
Northern District of California
1301 Clay St 400 S. Tower
Oakland, CA 94612

Legal Confidential Privileged

94612-520001

SAN FRANCISCO CA 940
10 JAN 2023 PM 2 L

Legal Confidential Privileged