THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB 16 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kevin Prasad
         Plaintiff

            v

Carlos G Bolanos
      In His Official
          Capacity
              et al,
         Defendants

Motion to Withdraw Complaint

Case No.
22-CV-01346-JST

I, Plaintiff Kevin Prasad, humbly request to withdraw Case No 22-cv-01346-JST upon Defendants without prejudice.

Ke— B Prd
Kevin Prasad #1222492

12 February 2023
Date

Kevin Prasad # 1222442
1300 Maple St
Redwood City, CA 94063

Confidential Legal Privileged

SAN FRANCISCO CA 940
14 FEB 2023 PM 2 L

Office of the Clerk
U.S. District Court
Northern District of California
1301 Clay St Suite 400S
Oakland, CA 94612-5212

Confidential Legal Privileged



CONFIDENTIAL LEGAL PRIVILEGED