UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN B. PRASAD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CARLOS G. BOLANOS, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-01346-JST<br><br>**ORDER OF DISMISSAL**<br><br>Re: ECF No. 18 |

Plaintiff, an inmate housed at Maguire Correctional Facility in Redwood, California ("MCF"), filed a *pro se* action pursuant to 42 U.S.C. § 1983. Plaintiff has since filed a motion to withdraw this action without prejudice, which the Court construes as a request for voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1). ECF No. 18. Fed. R. Civ. P. 41(a)(1) provides that a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment, and that such dismissal is without prejudice. Fed. R. Civ. P. 41(a)(1). Defendants have not yet filed an answer. Accordingly, Plaintiff's motion for voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1) is GRANTED. ECF No. 18. This action is DISMISSED without prejudice. The Clerk shall enter judgment in favor of Defendants and against Plaintiff, and close the case.

This order terminates ECF No. 18.

**IT IS SO ORDERED.**

Dated: March 27, 2023

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　United States District Judge